**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 19-cv-60922-BLOOM/Valle**

DAVID POWERS, individually,

      Plaintiff,

V.

TARGET CORPORATION, a foreign corporation,

      Defendant.

_____/

## <u>PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES</u>

Plaintiff, DAVID POWERS, by and through his undersigned counsel, hereby files, pursuant to Fed.R.Civ.P. 7.1(a), its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1. David Powers – Plaintiff

2. Ian Pinkert, Esq. – Counsel for Plaintiff
   Halpern Santos & Pinkert, P.A.

3. Target Corporation – Defendant

4. Thomas W. Paradise, Esq. – Counsel for Defendant
   Target Corporation

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this **20th** day of June, 2019, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service

List in the  manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF  or in some other authorized manner for those counsel or parties who are not authorized  to received electronically Notices of Electronic Filing.

HALPERN SANTOS & PINKERT, P.A.
150 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
Phone: (305) 445-1111
Fax:     (305) 445-1169
Email:  ian@hsptrial.com

By:___*s/ Ian D. Pinkert*_____
IAN D. PINKERT, ESQUIRE
Florida Bar No.: 84572