UNITED STATES DISTRICT COURT
For the
Southern District of Florida

CASE NO.: 0:19-CV-60922 BB

DAVID POWERS,

Plaintiff,

vs.

TARGET CORPORATION,
a foreign Corporation,

Defendant.

_____/

### STIPULATION FOR MEDICAL EXAMINATION OF THE PLAINTIFF

Megan Pariti, Esquire, attorney for TARGET CORPORATION, Defendant herein, and Ian Pinkert, Esquire, counsel for the Plaintiff herein, agree and stipulate pursuant to Rules 29 and 35, Federal Rules of Civil Procedure that:

1. An appointment for examination of the Plaintiff has been made with **David Keyes, M.D. on Monday, November 11, 2019 at 8:30 A.M.**, located at Sandrow and Keyes, P.A., 8940 SW 88th Street, Suite 1003-E, Miami, FL, 33176. Dr. Keyes's specialty is orthopedic surgery.

2. The examination shall include the taking of a written and/or oral history, x-rays and other radiographs which are appropriate, testing and examination. All diagnostic testing shall be non-invasive. The manner and scope of the examination shall be conducted to determine the nature, scope and extent of injuries and limitations claimed by the Plaintiff.

3. Good cause exists for the examination.

4. The cost of the examination will be originally borne by this Defendant but is subject to taxation by the Court upon proper motion.

5. Dr. Keyes's office has a **24 to 48 business hour cancellation policy** and should the Plaintiff fail to appear without cancelling with the doctor 48 business hours in advance, the

Plaintiff will be subject to a disruption fee of $300.00, 24 business hours in advance, the Plaintiff will be subject to a disruption fee of $400.00 and $800 if not cancelled by 5:00pm the day prior or is greater than 30 minutes late for exam.

6.     After the examination, the rights of the parties in relation thereto shall be those prescribed by Rule 35, Federal Rules of Civil Procedure, in the same manner as though the examination had been conducted pursuant to court order.

Dated: September 18 , 2019

BY: _____

IAN PINKERT, ESQUIRE
Florida Bar No.: 84572
Halpern Santos & Pinkert
150 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Tel: (305) 445- 1111
Fax: (305) 445 - 1169
E-Mail: IAN@HSPTRIAL.COM
Attorney for the Plaintiff

MEGAN PARITI, ESQUIRE
Florida Bar No. 1002533
Vernis & Bowling of Broward, PA
5821 Hollywood Blvd,
Hollywood, FL 33021
Tel: (954) 927-5330
Fax: (954) 927-5320
Email: Mpariti@florida-law.com
Attorney for the Defendant, Target

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via Electronic Mail on September 18, 2019 to: Ian Pinkert, Esquire [ian@hsptrial.com].

Vernis & Bowling of Broward, P.A.
5821 Hollywood Boulevard
Hollywood, FL 33021
(954) 927-5330
(954) 927-5320 (Fax)

By: _/s/ Megan Pariti_
        Megan Pariti, Esq.