**EXHIBIT A**

---

**From:** Natalie Kay <nkay@kelleykronenberg.com>
**Sent:** Friday, July 10, 2020 9:45 AM
**To:** Ian Pinkert <ian@hsptrial.com>
**Subject:** RE: David Powers v. Target

Good morning,

Please reach out to your opposition and obtain the documents produced through the appropriate discovery procedures.  We've produced the documents in response to a subpoena which include private personnel information of a former employee, I'd prefer to not transmit the documents directly.

Very truly yours,

Natalie S. Kay, Esq.
**Partner**
10360 West State Road 84 |
Ft. Lauderdale| FL 33324
954. 370.9970 | Office
800. 906. 2410| Toll Free
954.252.2280 | Fax
Website  | Email


*Kelley Kronenberg is operating at full-speed and will continue to provide the highest level of service to our clients while following the direction of the CDC and local officials.*