**EXHIBIT B**

| | |
|---|---|
| **From:** | Ian Pinkert |
| **Sent:** | Thursday, July 9, 2020 5:59 PM |
| **To:** | 'Thomas Paradise' |
| **Cc:** | Ashley Power; 'Megan Ann Pariti'; 'Soranyi Galvan' |
| **Subject:** | RE: Regarding: Powers, David |

Following up again.  Please let me know if you are going to produce whatever documentation you were sent.

Ian D. Pinkert, Esq.
**Halpern | Santos | Pinkert**
150 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Tel.  (305) 445-1111
Fax. (305) 445-1169
*email:* *ian@hsptrial.com*
*website:* *www.hsptrial.com*

---

**From:** Ian Pinkert
**Sent:** Wednesday, July 8, 2020 10:36 AM
**To:** Thomas Paradise <tparadise@florida-law.com>
**Cc:** Ashley Power <ashley@hsptrial.com>; Megan Ann Pariti <mpariti@florida-law.com>; Soranyi Galvan <sgalvan@florida-law.com>
**Subject:** RE: Regarding: Powers, David

Good morning,

I am following up on below.  We have never been provided a copy of any subpoena. Who was subpoenaed?  When were they subpoenaed?  Please provide us copies today of the subpoena and everything received in response.

Regards,

Ian D. Pinkert, Esq.
**Halpern | Santos | Pinkert**
150 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Tel.  (305) 445-1111
Fax. (305) 445-1169
*email:* *ian@hsptrial.com*
*website:* *www.hsptrial.com*

---

**From:** Ian Pinkert
**Sent:** Tuesday, July 7, 2020 5:09 PM
**To:** Thomas Paradise <tparadise@florida-law.com>
**Cc:** Ashley Power <ashley@hsptrial.com>; Megan Ann Pariti <mpariti@florida-law.com>
**Subject:** Regarding: Powers, David

Tom,

I spoke with an attorney for David Olmo.

She says that they produced records to you pursuant to a subpoena.

Would you please send me whatever records that were produced to you?

Regards,


Ian D. Pinkert, Esq.
**Halpern | Santos | Pinkert**
150 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Tel.  (305) 445-1111
Fax. (305) 445-1169
*email: ian@hsptrial.com*
*website: www.hsptrial.com*