UNITED STATES DISTRICT COURT
For the Southern District of Florida
CASE NO.: 0:19-CV-60922

DAVID POWERS,

    Plaintiff,

vs.

TARGET CORPORATION,
a foreign Corporation,

    Defendant.

_____/

**REQUEST FOR PRODUCTION FOR COPIES OBTAINED BY PRODUCTION PURSUANT TO FLORIDA RULES OF CIVIL PROCEDURE 1.351**

COME NOW the Plaintiff, by and through undersigned counsel hereby file this Request for Copies of any and all items furnished to all Defendants, pursuant to Rules of Civil Procedure 1.351(e) the following:

1. **Any and all documents received from First Choice Janitorial Services.**

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on **8th** day of July, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the Florida Courts e-Filing Portal which will send an automatic e-mail message to all parties who have registered with the e-Filing Portal.

HALPERN SANTOS & PINKERT, P.A.
150 Alhambra Circle
Suite 1100
Coral Gables, FL  33134
Phone: (305) 445-1111
Fax:    (305) 445-1169
Email:  ian@hsptrial.com

By:   s/ Ian D. Pinkert
      IAN D. PINKERT, ESQUIRE
      Florida Bar No.: 84572